IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FREDERICK WHITFIELD**                                                             **PETITIONER**
**ADC #114291**

VS.                          NO. 4:14CV00671-JLH-BD

**JOHN FELTS, Director,**
**Department of Community Correction**                              **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") filed in this case by Magistrate Judge Beth Deere. The parties have not filed any objections to the Recommendation.

After careful consideration, this Court adopts the Recommendation as its own. Frederick Whitfield's petition for writ of habeas corpus (docket entry #2) and amended petitions for habeas corpus (#4, #5) are denied and dismissed, with prejudice.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability can be issued only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED, this 17th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE