# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**FREDERICK WHITFIELD**                                                            **PETITIONER**
**ADC #114291**

**VS.**              **NO. 4:14CV00671-JLH-BD**

**JOHN FELTS, Director,**
**Department of Community Correction**                                    **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, Frederick Whitfield's 28 U.S.C. § 2254 petition for writ of habeas corpus (docket entry #2) and amended petitions for writ of habeas corpus (#4, #5) are DENIED and DISMISSED, with prejudice.

IT IS SO ORDERED, this 17th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE